UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**SHAWNA R. ALLEN**,                                                    Civil Case No. 6:11-CV-06322-KI

               Plaintiff,

                                            JUDGMENT

                    v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

               Defendant.


       Alan Stuart Graf, P.C.
       316 Second Rd.
       Summertown, Tennessee  38483

             Attorney for Plaintiff

       S. Amanda Marshall
       United States Attorney
       District of Oregon


Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204

David Morado
Regional Chief Counsel, Region X, Seattle
Scott T. Morris
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
1301 Young Street, Suite A-702
Dallas, Texas  75202

       Attorneys for Defendant

KING, Judge:

       Based on the record,

       The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further development of the record.

       Dated this _____9th_____ day of October, 2012.

               _/s/ Garr M. King_____
               Garr M. King
               United States District Judge

Page 2 - JUDGMENT