UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**SHAWNA R. ALLEN**,

          Plaintiff,

              v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

          Defendant.

Civil Case No. 6:11-CV-06322-KI

JUDGMENT

    Alan Stuart Graf, P.C.
    316 Second Rd.
    Summertown, Tennessee  38483

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204

David Morado
Regional Chief Counsel, Region X, Seattle
Scott T. Morris
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
1301 Young Street, Suite A-702
Dallas, Texas  75202

   Attorneys for Defendant


KING, Judge:

  Based on the record,

  The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further development of the record.

  Dated this ____9th____ day of October, 2012.


             /s/ Garr M. King
             Garr M. King
             United States District Judge